The SCHOOL DISTRICT OF PHILADELPHIA, Petitioner

v.

Serge VLADIMIRSKY, Respondent

No. 418 EAL 2016

Supreme Court of Pennsylvania.

January 23, 2017

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.